DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GABRIELA MCCOY,**
Appellant,

v.

**MICHAEL MCCOY,**
Appellee.

No. 4D19-2988

[June 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 11-17527 FMCE (36).

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Steven P. Spann of Orshan, Spann & Fernandez-Mesa, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***